UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 89CR231HEA |
| | ) | |
| KAREN DAUM, | ) | |
| | ) | |
| Defendant. | | |

## **OPINION AND ORDER**

This matter is before the Court on defendant's letter to the Court dated March 23, 2005, which the Court construed as a Motion for Expungement of defendant's criminal record. The Court ordered the government to respond to this motion, which it has now done. For the reasons set forth below, the Motion is denied.

Defendant entered a guilty plea to the charges against her in this matter. Defendant does not dispute that she plead guilty, served time and paid the fine imposed, rather, defendant seeks a gratuitous expungement of her criminal record. While the Court commends defendant on her subsequent behavior, there is no basis upon which the Court can enter the requested expungement.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motion for Expungement of

Record, [Doc. 2] is denied.

Dated this 17th day of August, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE